UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-21215-GAYLES

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,**
    **Plaintiffs,**

v.

**FIRST CARE SOLUTION, INC., et al.,**
    **Defendants.**
_____/

### NOTICE OF COURT PRACTICE
### UPON NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court on the Plaintiffs' Motion for Summary Judgment [ECF No. 166], which indicates that they have reached an agreement with Defendant Yoryana Balbuena a/k/a Yoryana Hernandez to settle all claims against her in this matter. Based thereon,

**THOSE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement as to Defendant Yoryana Balbuena a/k/a Yoryana Hernandez, along with any other pertinent document(s) necessary to conclude this action as to her.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE