UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-21215-DPG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE FARM
FIRE & CASUALTY COMPANY,

Plaintiffs,

vs.

FIRST CARE SOLUTION, INC.; NOEL RUIZ;
YORYANA BALBUENA a/k/a YORYANA
HERNANDEZ; MARCOS PADRON AND THE
KING OF BILLING AND COLLECTION LLC d/b/a
INSURANCE RESOLUTION SERVICES, INC.

Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS
AND DEFENDANT, YORYANA BALBUENA**

Plaintiffs, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE & CASUALTY COMPANY ("State Farm"), and Defendant, YORYANA BALBUENA ("Yoryana") (together, the "Parties"), reached an amicable settlement of their disputes and, therefore, stipulate and agree that the claims asserted against Yoryana in the above-captioned action shall be dismissed with prejudice, with the Parties to bear their own costs and attorney's fees.

A proposed Order of Dismissal is attached hereto as Exhibit "A."

[This space is intentionally left blank]

{40592515;3}

1

Dated:  February 1, 2017    Respectfully submitted,

By:  /s/ David I. Spector
DAVID I. SPECTOR
Florida Bar No. 086540
david.spector@akerman.com
BRAD MCPHERSON
Florida Bar No. 017395
brad.mcpherson@akerman.com
**AKERMAN LLP**
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401-6161
Telephone:  (561) 653-5000
Facsimile:  (561) 659-6313
*Counsel for Plaintiffs*

Dated: February 1, 2017    By:  /s/ Lazaro Lopez
LAZARO LOPEZ
Florida Bar No. 879861
lazaro@lopezattorney.com
2333 Brickell Avenue, Suite A1
Miami, FL 33129-2497
Telephone: (305) 477-5933
Facsimile:   (305) 477-5944

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3J(3), I, Brad McPherson, Esq., hereby certify that counsel for the Defendant, Lazaro Lopez, Esq., authorized me to file this Joint Stipulation of Dismissal on his behalf with his electronic signature affixed hereto.

/s/  Brad McPherson
Brad McPherson (Florida Bar No. 017395)

**CERTIFICATE OF SERVICE**

This is to certify that on February 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Brad McPherson*
Brad McPherson (Florida Bar No. 017395)

**SERVICE LIST**

| LAZARO J. LOPEZ<br>2333 Brickell Avenue Suite A-1<br>Miami, FL 33129<br>(305) 477-5933<br>Facsimile: (305) 477-5944<br>E-mail: lazaro@lopezattorney.com<br><br>Attorney for Defendant:<br>*Yoryana Balbuena a/k/a Yoryana Hernandez*<br><br>*Service via CM/ECF* | LAWRENCE SHAPIRO<br>LAWRENCE J. SHAPIRO & ASSOCIATES<br>175 SW 7th Street<br>Suite 1600<br>Miami, FL 33130<br>(305) 379-3111<br>Facsimile: 305-577-3438<br>E-mail: Pleadings@ljsfirm.com<br><br>Attorney for Defendant:<br>*Noel Ruiz*<br><br>*Service via CM/ECF* |
|---|---|