UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-21215-GAYLES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,
                 Plaintiffs,

v.

FIRST CARE SOLUTION, INC., et al.,
                 Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Plaintiffs', State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company, (collectively "Plaintiffs") Verified Motion for Attorneys' Fees [ECF No. 188]. The Court referred the Motion to Magistrate Judge William C. Turnoff pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court for a Report and Recommendation [ECF No. 190]. On July 6, 2017, Judge Turnoff issued his Report recommending that the Court grant Plaintiffs' Motion in part, reducing their fee request by thirty percent (30%) [ECF No. 204]. Neither party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc.*

*v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report and the record and finds no clear error with Judge Turnoff's well-reasoned analysis. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge Turnoff's Report and Recommendation [ECF No. 204] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Plaintiffs', State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company, Verified Motion for Attorneys' Fees [ECF No. 188] is **GRANTED in part**;

(3) Plaintiff shall recover $507,245.96 in attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE